appeal herein is granted, and the appeal is hereby dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as an application for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Ferdinand Tunnell* for appellant. *Messrs. Thomas Williamson* and *George D. Burroughs* for appellee.

No. 664. SCHMELING *v.* F. W. WOOLWORTH Co. Jurisdictional statement submitted December 30, 1933. Decided January 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *New York Central R. Co.* v. *White,* 243 U.S. 188; *Mountain Timber Co.* v. *Washington,* 243 U.S. 219; *Lower Vein Co.* v. *Industrial Board,* 255 U.S. 144; *Madera Sugar Pine Co.* v. *Industrial Commission,* 262 U.S. 499; *Castillo* v. *McConnico,* 168 U.S. 674; 683; *McDonald* v. *Oregon Navigation Co.,* 233 U.S. 665, 669, 670; *Hebert* v. *Louisiana,* 272 U.S. 312, 316, 317; *Glenn* v. *Doyal,* 285 U.S. 526. *Mr. Joseph H. Brady* for appellant. *Mr. Clay C. Rogers* for appellee.

No. 2, original. VERMONT *v.* NEW HAMPSHIRE. January 8, 1934. Decree entered. See *ante,* p. 579.

No. —, original. EX PARTE MILLER ET AL. January 8, 1934. The motion for leave to file petition for writ of mandamus or prohibition is denied. *Ex parte United States,* 287 U.S. 241, 248, 249. *Messrs. C. Wilbur Miller,*

*Ernest B. Miller, Jos. I. McMullen,* and *Wm. Burnet Wright* for petitioners.

No. —, original. Ex parte Di Pippa. January 8, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Rocco Di Pippa, pro se.*

No. —, original. Principality of Monaco *v.* Mississippi. January 8, 1934. A rule is ordered to issue, returnable on Monday, February 5 next, requiring the defendant to show cause why the motion for leave to file the declaration herein should not be granted.

No. 19, original. Ex parte Baldwin et al. January 8, 1934. Return to rule to show cause presented.

No. 184. First Union Trust & Savings Bank, Trustee, *v.* Consumers Co. et al. See same case, *ante,* p. 585.

No. 88. United States *v.* Murdock. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for the United States. *Messrs. Edmund Burke* and *Harold J. Bandy* for respondent.

No. 241. Snyder *v.* Massachusetts. October 9, 1933. Petition for writ of certiorari to the Superior Court in and